**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | | |
|---|---|---|---|
| | | * | |
| Yaacov Apelbaum | | * | |
| | Plaintiff(s) | * | |
| | | * | |
| | vs. | * | Civil Case No.: 8:26−cv−04170−GLS |
| | | * | |
| Charles C. Johnson | | * | |
| | Defendant(s) | * | |

---

## SHOW CAUSE ORDER

Pursuant to Standing Order 2018−04, this case was assigned to a United States Magistrate Judge for all proceedings and each party was notified to file a consent or declination within fourteen (14) days after service and entry of appearance. Yaacov Apelbaum has not filed a consent or declination and more than fourteen (14) days have passed since notice was issued. Thereby, it is hereby

ORDERED that Yaacov Apelbaum is to appear before the designated Chambers Judge on 11/25/2026 at 2:00 p.m. to show cause, if any, why Yaacov Apelbaum did not file a consent or declination. Yaacov Apelbaum should proceed to the Clerk's Office to determine the location of the hearing on the scheduled date; and it is further

ORDERED that this Order shall be vacated if Yaacov Apelbaum files a consent or declination prior to the show cause hearing date.

Date: October 23, 2026

_____________/s/______________
Gina L. Simms
United States Magistrate Judge